# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Atlas Data Privacy Corp, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Yardi Systems, Inc., et al.<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)]<br><br>Civil Action No. 2:24-cv-04103 |

Application is hereby made for a Clerk's Order extending time within which defendant(s) _____ Yardi Systems, Inc. _____ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on Feb. 22, 2024 ; and
3. Time to Answer, Move or otherwise Reply expires on Mar. 29, 2024 .

    /s/ Anthony J. Staltari
Attorney for Defendant(s)

 51 Madison Avenue, 22nd Floor
Mailing Address

New York, New York 10010
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

By:_____
Deputy Clerk