Anthony J. Staltari (ID No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
anthonystaltari@quinnemanuel.com

*Attorney for Defendant Yardi Systems, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>     Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>     Defendant. | Civil Case No.: 2:24-cv-04103<br><br>**<u>NOTICE OF APPEARANCE</u>** |

To The Clerk of Court and All Counsel of Record:

Please enter my appearance on behalf of Defendant Yardi Systems, Inc. in the above-captioned action. I certify that I am admitted and/or otherwise authorized to practice in this court.

Dated: New York, New York
April 5, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

<u>*s/ Anthony J. Staltari*</u>
Anthony J. Staltari (ID No. 233022017)
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7221
anthonystaltari@quinnemanuel.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via ECF on April 5, 2024, to:

Rajiv D. Parikh
Kathleen Barnett Einhorn
GENOVA BURNS LLC
494 Broad Street
Newark, New Jersey 07102
Tel.: (973) 533-0777
rparikh@genovaburns.com
keinhorn@genovaburns.com

By: /s/     *Anthony J. Staltari*
   Anthony J. Staltari (ID No. 233022017)