**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

April 5, 2024

<u>VIA ECF</u>

Hon. Harvey Bartle III
United States District Court for the Eastern
District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: <u>Atlas Data Privacy Corp. & Ors. v. Yardi Systems, Inc. & Ors</u>, Case No. 2:24-cv-04103

Dear Judge Bartle:

We represent Defendant Yardi Systems, Inc. ("Yardi") in the above referenced action. I write pursuant to Local Civil Rule 6.1 and with the consent of Plaintiffs, to request an extension of Yardi's deadline to answer, move, or otherwise respond to the Complaint.

This case was removed from the Superior Court of New Jersey, Bergen County on March 22, 2024. As such, Yardi's response to the Complaint was due on March 29, 2024. On March 25, 2024, Yardi filed an Application for Extension of Time to Answer, Move, or Otherwise Reply per Local Civil Rule 6.1(b). The order was granted by the Clerk, extending Yardi's time to answer, move, or otherwise reply to April 12, 2024. Defendant Yardi was served with the Summons and Complaint on February 22, 2024.

Counsel for Yardi have conferred with counsel for Plaintiffs, who agreed to extend Yardi's time to answer, move or otherwise respond to the Complaint to and including May 13, 2024.

A Consent Order setting forth the above and agreed to by the parties is respectfully submitted herewith for the Court's approval.

Counsel for Yardi are available at the Court's convenience should you have any questions. We thank the Court for its consideration of this matter.

Respectfully submitted,

<u>/s/ Anthony J. Staltari</u>
Anthony J. Staltari