**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

April 9, 2024

**VIA ECF**

Hon. Harvey Bartle III
United States District Court for the Eastern
District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp. & Ors. v. Yardi Systems, Inc. & Ors*, Case No. 2:24-cv-04103

Dear Judge Bartle:

    I write on behalf of Defendant Yardi Systems, Inc. ("Yardi") in the above referenced action to respectfully request the admission of Viola Trebicka, John Wall Baumann, and Xi ("Tracy") Gao *pro hac vice* pursuant to Local Rule 101.1(c) in the above-captioned matter.

    Enclosed please find the Declarations of Anthony J. Staltari, Viola Trebicka, John Wall Baumann, and Xi ("Tracy") Gao, along with a proposed order.

    Plaintiffs have confirmed through their respective counsel of record that they do not oppose this application.

    If the enclosed meet Your Honor's approval, we respectfully request that the Order be entered.  I am available at the Court's convenience should you have any questions.

Respectfully submitted,

*/s/  Anthony J. Staltari*

Anthony J. Staltari

*encls.*
cc:   All counsel of record *(via ECF)*