Anthony J. Staltari (ID No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
anthonystaltari@quinnemanuel.com

*Attorneys for Defendant Yardi Systems, Inc.;
additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>       Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>       Defendant. | Civil Case No.: 2:24-cv-04103<br><br>**MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Pursuant to Local Civil Rule 101.1(c), Defendant Yardi Systems, Inc., by and through their undersigned counsel, moves for the admission *pro hac vice* of Viola Trebicka, John Wall Baumann, Ella Hallwass, and Xi ("Tracy") Gao in this action.

Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law have been set forth in the accompanying Declarations of Anthony J. Staltari, Viola Trebicka, John Wall Baumann, Ella Hallwass, and Xi ("Tracy") Gao.

The undersigned has conferred with counsel for Plaintiffs and they have no objection to this motion.

A proposed order is submitted herewith.

Dated: New York, New York
April 24, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

*s/ Anthony J. Staltari*
Anthony J. Staltari (ID No. 233022017)
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7221
anthonystaltari@quinnemanuel.com

Viola Trebicka (*pro hac vice* forthcoming)
John Wall Baumann (*pro hac vice* forthcoming)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
violatrebicka@quinnemanuel.com
jackbaumann@quinnemanuel.com

Ella Hallwass (*pro hac vice* forthcoming)

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
ellahallwass@quinnemanuel.com

Xi ("Tracy") Gao (*pro hac vice* forthcoming)
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
tracygao@quinnemanuel.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via ECF on April 24, 2024, to:

Rajiv D. Parikh
Kathleen Barnett Einhorn
GENOVA BURNS LLC
494 Broad Street
Newark, New Jersey 07102
Tel.: (973) 533-0777
rparikh@genovaburns.com
keinhorn@genovaburns.com


By: /s/    *Anthony J. Staltari*
   Anthony J. Staltari (ID No. 233022017)