Anthony J. Staltari (ID No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
anthonystaltari@quinnemanuel.com

*Attorneys for Defendant Yardi Systems, Inc.;
additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>  Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>  Defendant. | Civil Case No.: 2:24-cv-04103<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

To the Clerk of the Court:

Request is hereby made by local counsel that John Wall Baumann, admitted *pro hac vice* in this action, receive electronic notification in the above-captioned matter. The Court's order granting Defendant's motion for Mr. Baumann to appear *pro hac vice* was entered on April 29, 2024 (ECF No. 17).

*Pro Hac Vice* **Information:**     John Wall Baumann
                                    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                    865 S. Figueroa St., 10th Floor
                                    Los Angeles, CA 90017
                                    Tel.: (213) 443-3000
                                    jackbaumann@quinnemanuel.com

I certify under the penalty of perjury that: (1) the $250.00 *pro hac vice* fee is being paid simultaneously herewith; and (2) Mr. Baumann's 2024 assessment of $267.00 was submitted via U.S. Mail to the *NJ Lawyers' Fund for Client Protection* on May 6, 2024.

Dated: May 9, 2024                  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                    By:  /s/  Anthony J. Staltari
                                         Anthony J. Staltari (ID No. 233022017)
                                         51 Madison Avenue, 22nd Floor
                                         New York, New York 10010
                                         Tel.: (212) 849-7000
                                         Email: anthonystaltari@quinnemanuel.com

                                         Viola Trebicka (*pro hac vice*)
                                         John Wall Baumann (*pro hac vice*)
                                         865 S. Figueroa Street, 10th Floor
                                         Los Angeles, CA 90017
                                         Telephone: (213) 443-3000
                                         violatrebicka@quinnemanuel.com
                                         jackbaumann@quinnemanuel.com

                                         Ella Hallwass (*pro hac vice*)
                                         555 Twin Dolphin Drive, 5th Floor
                                         Redwood Shores, CA 94065
                                         Telephone: (650) 801-5000
                                         ellahallwass@quinnemanuel.com

                                         Xi ("Tracy") Gao (*pro hac vice* )
                                         1300 I Street NW, Suite 900
                                         Washington D.C., 20005
                                         Telephone: (202) 538-8000
                                         tracygao@quinnemanuel.com

                                         *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, ANTHONY J. STALTARI, hereby certify pursuant to 28 U.S.C. 1746 that:

1. I am an attorney employed by the law firm of QUINN EMANUEL URQUHART & SULLIVAN, LLP, attorneys for Defendants in the above-referenced matter.

2. I am a member in good standing of the Bar of this Court.

3. On this date, the foregoing **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** was filed with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on May 9, 2024.

                */s/   Anthony J. Staltari*
                 Anthony J. Staltari