Anthony J. Staltari (ID No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
anthonystaltari@quinnemanuel.com

*Attorneys for Defendant Yardi Systems, Inc.;
additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>    Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendant. | Civil Case No.: 2:24-cv-04103<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

To the Clerk of the Court:

Request is hereby made by local counsel that Xi Gao, admitted *pro hac vice* in this action, receive electronic notification in the above-captioned matter. The Court's order granting Defendant's motion for Ms. Gao to appear *pro hac vice* was entered on April 29, 2024 (ECF No. 17).

*Pro Hac Vice* **Information:**  Xi ("Tracy") Gao
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
tracygao@quinnemanuel.com

I certify under the penalty of perjury that: (1) the $250.00 *pro hac vice* fee is being paid simultaneously herewith; and (2) Ms. Gao's 2024 assessment of $267.00 was submitted via U.S. Mail to the *NJ Lawyers' Fund for Client Protection* on May 6, 2024.

Dated: May 9, 2024                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/  Anthony J. Staltari
Anthony J. Staltari  (ID No. 233022017)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Email: anthonystaltari@quinnemanuel.com

Viola Trebicka (*pro hac vice*)
John Wall Baumann (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
violatrebicka@quinnemanuel.com
jackbaumann@quinnemanuel.com

Ella Hallwass (*pro hac vice*)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
ellahallwass@quinnemanuel.com

Xi ("Tracy") Gao (*pro hac vice* )
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
tracygao@quinnemanuel.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, ANTHONY J. STALTARI, hereby certify pursuant to 28 U.S.C. 1746 that:

1. I am an attorney employed by the law firm of QUINN EMANUEL URQUHART & SULLIVAN, LLP, attorneys for Defendants in the above-referenced matter.

2. I am a member in good standing of the Bar of this Court.

3. On this date, the foregoing **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** was filed with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on May 9, 2024.

>       */s/   Anthony J. Staltari*
>          Anthony J. Staltari