```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY                  :         CIVIL ACTION
CORPORATION, et al.                 :
                                    :
         v.                         :
                                    :         NO. 24-4037
WE INFORM, LLC, et al.              :
_____

ATLAS DATA PRIVACY                  :         CIVIL ACTION
CORPORATION, et al.                 :
                                    :
         v.                         :
                                    :         NO. 24-4041
INFOMATICS, LLC, et al.             :
_____

ATLAS DATA PRIVACY                  :         CIVIL ACTION
CORPORATION, et al.                 :
                                    :
         v.                         :
                                    :         NO. 24-4045
THE PEOPLE SEARCHERS, LLC,          :
et al.                              :
_____

ATLAS DATA PRIVACY                  :         CIVIL ACTION
CORPORATION, et al.                 :
                                    :
         v.                         :
                                    :         NO. 24-4075
DM GROUP, INC., et al.              :
_____

ATLAS DATA PRIVACY                  :         CIVIL ACTION
CORPORATION, et al.                 :
                                    :
         v.                         :
                                    :         NO. 24-4080
DELUXE CORPORATION, et al.          :
_____
```

-2-

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4096
DELVEPOINT, LLC, et al.         :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4098
QUANTARIUM ALLIANCE, LLC,       :
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4103
YARDI SYSTEMS, INC., et al.     :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4141
DIGITAL SAFETY PRODUCTS,        :
LLC, et al.                     :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4143
CIVIL DATA RESEARCH             :
_____
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SCALABLE COMMERCE, LLC, et al. | : : : | NO. 24-4160 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LABELS & LISTS, INC | : : | NO. 24-4174 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| INNOVIS DATA SOLUTIONS INC., et al. | : : : | NO. 24-4176 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ACCURATE APPEND, INC., et al. | : : : | NO. 24-4178 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ZILLOW, INC., et al. | : : | NO. 24-4256 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4261 |
| EQUIMINE, INC., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4292 |
| MELISSA DATA CORP., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4324 |
| RESTORATION OF AMERICA, et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4345 |
| i360, LLC, et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4380 |
| GOHUNT, LLC, et al. | : | |

_____

-5-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SYNAPTIX TECHNOLOGY, LLC, et al. | : | NO. 24-4385 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| FORTNOFF FINANCIAL, LLC, et al. | : | NO. 24-4390 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| MYHERITAGE, LTD., et al. | : | NO. 24-4392 |

_____

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4434
E-MERGES.COM, INC.              :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4609
NUWBER, INC., et al.            :


ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4664
ROCKETREACH LLC, et al.         :


ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4949
BELLES CAMP COMMUNICATIONS,     :
INC., et al.                    :


ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-5600
PROPERTYRADAR, INC., ET AL.     :
```

-6-

```
ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-5656
THE ALESCO GROUP, L.L.C.              :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-5658
SEARCHBUG, INC.                       :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-5775
AMERILIST, INC., et al.               :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-7324
US DATA CORPORATION, et al.           :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-8075
SMARTY, LLC, et al.                   :
```

```
ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-5656
THE ALESCO GROUP, L.L.C.              :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-5658
SEARCHBUG, INC.                       :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-5775
AMERILIST, INC., et al.               :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-7324
US DATA CORPORATION, et al.           :


ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :        NO. 24-8075
SMARTY, LLC, et al.                   :
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-8451 |
| COMPACT INFORMATION SYSTEMS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-10600 |
| DARKOWL, LLC, et al. | : | |

ORDER

AND NOW, this 2nd day of December, 2024, it is hereby ORDERED, pursuant to 28 U.S.C. § 1292(b), that it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation.

BY THE COURT:

*Harvey Bartle III*
J.