UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING:   December 10, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**  SHARON RICCI

**TITLE OF CASE:**             **DOCKET NO.:** 24-4103 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
YARDI SYSTEMS, INC.., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:  STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:14a.m.    Time Adjourned: 10:16a.m.    Total Time in Court: 0:02