**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

March 18, 2025

**VIA ECF**

Hon. Harvey Bartle III
United States District Court for the Eastern
District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. Yardi Systems, Inc., et al* (No. 1:24-cv-04103) – Joinder in Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6)

Dear Judge Bartle:

This firm represents Defendant Yardi Systems, Inc. ("Yardi") in the above-referenced matter. We write to advise the Court that Yardi joins the Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6), which was filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., el al.*, No. 1:24-cv-04075. For the reasons set forth in the Consolidated Motion to Dismiss, Yardi respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

 */s/ Anthony J. Staltari*
Anthony J. Staltari

*encls.*
cc:   All counsel of record *(via ECF)*