**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

November 3, 2025

<u>**VIA ECF**</u>

Hon. Harvey Bartle III
United States District Court for the Eastern
District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:  <u>*Atlas Data Privacy Corp. & Ors. v. Yardi Systems, Inc. & Ors*, Case No. 1:24-cv-04103 Joinder in Defendants' Request to Stay or in the Alternative Joint Proposed Discovery Schedule</u>

Dear Judge Bartle:

We represent Defendant Yardi Systems, Inc. ("Yardi") in the above-referenced action. We write to advise the Court that Yardi joins the letter Request to Stay, or in the alternative, Joint Proposed Discovery Schedule, which was filed under Dkt. No. 71 in the action captioned as *Atlas Data Privacy Corp., et al v. Joy Rockwell Enterprises, Inc. et al* (No. 1:24-cv-04389-HB).  For the reasons set forth in the letter, Yardi respectfully requests that a stay be issued by this Court, or in the alternative, that this Court adopt the proposed discovery schedule.

Thank you for your consideration.

Respectfully submitted,

*/s/ Anthony J. Staltari*
Anthony J. Staltari