**quinn emanuel** trial lawyers | new york

295 5th Avenue, 9th Floor New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

July 14, 2026

**VIA ECF**

Hon. Harvey Bartle III
United States District Court for the Eastern
District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:     *Atlas Data Privacy Corp. & Ors. v. Yardi Systems, Inc. & Ors*, Case No. 1:24-cv-04103
        Joinder in Defendants' Motion for Reconsideration of June 30, 2026 Order

Dear Judge Bartle:

        We represent Defendant Yardi Systems, Inc. ("Yardi") in the above-referenced action. We write to advise the Court that Yardi joins the Motion for Reconsideration of June 30, 2026 Order, which was filed under Dkt. No. 118 in the action captioned as *Atlas Data Privacy Corp., et al v. DM Group, Inc., et al*. (No. 1:24-cv-04075-HB). For the reasons set forth in the motion, Yardi respectfully requests that this Court reconsider its June 30, 2026 Order, decline to proceed with bellwether cases, and consider other alternatives, including issue sequencing.

        Thank you for your consideration.

Respectfully submitted,

*/s/ Anthony J. Staltari*
Anthony J. Staltari